DISPOSITION OF PETITIONS FOR DISCRETIONARY REVIEW UNDER G.S. 7A-31

WOODY v. WOODY

No. 581P97

Case below: 127 N.C.App. 626

Petition by defendant for discretionary review pursuant to G.S. 7A-31 denied 5 February 1998.

PETITION TO REHEAR

KURTZMAN v. APPLIED ANALYTICAL INDUSTRIES, INC.

No. 103PA97

Case below: 347 N.C. 329

Petition by plaintiff to rehear pursuant to Rule 31 denied 5 February 1998.